COMMONWEALTH of Pennsylvania, Appellant,

v.

Michael Glenn CROSBY.

Commonwealth of Pennsylvania, Appellant,

v.

Shelby W. Zablotny.

Supreme Court of Pennsylvania.

Argued March 9, 1999.

Decided March 26, 1999.

Patrick M. Carey, Asst. Dist. Atty. Damon C. Hopkins, for appellant.

Timothy J. Lucas, Bradley H. Foulk, Erie, David Crowley, Bellefonte, for appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

Appeals dismissed as having been improvidently granted.

Justices CAPPY and CASTILLE dissent and would reach the merits of the cases.

COMMONWEALTH of Pennsylvania, Respondent,

v.

Harley D. CLEMENT, Petitioner.

Supreme Court of Pennsylvania.

March 16, 1998.

## ORDER

PER CURIAM:

AND NOW, this 16th day of March, the petition for allowance of appeal is **GRANTED**, limited to the issue of whether 18 Pa. C.S.A. §7329, Prohibition of certain types of entertainment on bottle club premises, violates the First Amendment freedom of expression. The application to supplement the petition for allowance of appeal is also granted.